PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

## for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2007

at 12 o'clock and 29 min. PM M
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: SIMEON AGAO, JR., aka "Jay"   Case Number: CR 02-00025SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
U.S. District Judge

Date of Original Sentence: 6/3/2002

Original Offense:   Bank Fraud, in violation of 18 U.S.C. § 1344, a Class B felony

Original Sentence:   One (1) month imprisonment, to be followed by five (5) years of supervised release with the following special conditions: 1) The defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) The defendant is prohibited from possessing any illegal or dangerous weapons; 3) The defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 4) Restitution of $25,650.00 is due immediately to the First Hawaiian Bank, Security Department, Post Office Box 1959, Honolulu, Hawaii; and $2,188.41 is due immediately to Bank of Hawaii, Security Department, Post Office Box 2900, Honolulu, Hawaii, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

Modified Sentence:   On 2/3/2004, the Court modified the conditions of supervision as a result of his noncompliance to include: 5) That the defendant perform thirty-two (32) hours of community service as directed by the Probation Office.

Prob 12B
(7/93)

2

| | |
|---|---|
| 1st Revocation Offense and Sentence: | On 6/30/2004, the Court revoked the subject's supervised release for the following violations:  1) The subject refused to submit to drug testing on 3/3/2003, 11/14/2003, 12/10/2003, 12/26/2003, 1/9/2004, and 2/25/2004; 2) The subject failed to report to the Probation Officer on 12/15/2003, 4/2/2004, and 5/17/2004; 3) The subject failed to notify the Probation Officer ten days prior to any change in employment; and 4) The subject failed to submit a monthly supervision report within the first five days of the month, for the month of May 2004. |
| | The subject was sentenced to five (5) months imprisonment to be followed by fifty-five (55) months of supervised release with the following special conditions:  1) That the defendant is prohibited from possessing any illegal or dangerous weapons; 2) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 3) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; and 5) That restitution of $23,209.76 is due immediately to First Hawaiian Bank, Security Department, Post Office Box 1959, Honolulu, Hawaii; and $1,976.22 is due immediately to Bank of Hawaii, Security Department, Post Office Box 2900, Honolulu, Hawaii, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. |
| Modified Sentence: | On 5/2/2005, the Court modified the conditions of supervision as a result of his noncompliance to include:  6) That the defendant perform twenty-four (24) hours of community service as directed by the Probation Office. |

Prob 12B
(7/93)

3

2nd Revocation
Offense and
Sentence:

On 7/5/2005, the Court revoked the subject's supervised release for the following violations:  1) The subject's urine specimens of 4/12/2005, 4/26/2005, and 6/7/2005 tested positive for methamphetamine; 2) The subject refused to comply with drug testing on 5/9/2005, 5/17/2005, 6/9/2005, and 6/24/2005; 3) The subject failed to follow the Probation Officer's instructions, when he failed to submit to DNA testing on 6/22/2005; and 4) The subject failed to make a restitution payment for the months of April 2005, May 2005, and June 2005.

The subject was sentenced to nine (9) months imprisonment to be followed by forty-six (46) months of supervised release, with the following special conditions:  1) That the defendant participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment; 2) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; and 4) That restitution of $23,053.36 is due immediately to First Hawaiian Bank, Security Department, Post Office Box 1959, Honolulu, Hawaii; and $1,962.62 is due immediately to Bank of Hawaii, Security Department, Post Office Box 2900, Honolulu, Hawaii, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but a rate of not less than 10 percent of his monthly gross income.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  3/30/2006

Prob 12B
(7/93)

4

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

General Condition:   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day (mandatory condition).*

Special Condition No. 1:   *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

## CAUSE

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. Special Condition No. 1 | The subject refused to comply with drug testing on 9/11/2006, 11/15/2006, and 11/23/2006. |

Our office was informed by Freedom Recovery Services (FRS) that on 9/11/2006, 11/15/2006, and 11/23/2006, the subject failed to submit a urine specimen for drug testing. As the subject was oriented to the requirements of the drug testing program, he is charged with refusal to comply with drug testing. For all three occasions, the subject stated that he simply forgot to call FRS for testing instructions. On each occasion, the subject was admonished for his noncompliance and instructed to call FRS daily. As an additional measure, the subject will be continued in his current level of drug testing for an extended period.

In light of the Ninth Circuit's decision in U.S. vs. Stephens, we are requesting that the Court modify the mandatory drug testing condition (General Condition) to allow for additional drug testing to be taken by our office for the duration of supervision. We are also requesting that Special Condition No. 1 be revised to include updated language. The subject has been warned that future noncompliance will result in a recommended sanction by our office. To his credit, the subject is full-time employed and participating in a voluntary payroll deduction which applies twenty-five (25) percent of his monthly net income towards restitution.

Prob 12B
(7/93)

5

As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the subject maintains no objections to this recommendation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have expressed no objections.

Respectfully submitted by,

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 1/5/2007

THE COURT ORDERS:

[ X ] The Modification of Conditions as Noted Above
[   ] Other

SUSAN OKI MOLLWAY
U.S. District Judge

JAN 0 5 2007
Date

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
PROBATION OFFICE

RICHARD W. CRAWFORD
Chief Probation Officer

January 4, 2007

Room C - 110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0110
Tel. (808) 541-1283
FAX (808) 541-1345

NOTICE REGARDING MODIFICATION OF CONDITIONS

The defendant understands that any modification of court-ordered conditions is not a waiver of those conditions or of any consequence of violating those conditions. Violations that have preceded this or any modification of conditions may be considered by the court as a basis for revoking supervised release or probation, especially, but not only, in the event of a future violation, whether any such future violation is similar to or different from any preceding violation.

The absence of this notice does not confer, and should not be interpreted by the defendant as conferring, any rights on the defendant. The absence of this notice does not indicate, and should not be interpreted by the defendant as indicating, any position by the court or by the defendant. Even in the absence of this notice, supervised release or probation may, in the future, be revoked based on violations occurring before this or any other modification of conditions.

Agreed to and acknowledged:

_____
Defendant

Print Name: SIMEON AGA JR

Date: 01/04/07

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*General Condition:*   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day (mandatory condition).*

*Special Condition No. 1:*   *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _____        Signed: _____
FRANK M. CONDELLO, II                                            SIMEON AGAO, JR.
U.S. Probation Officer                                                   Supervised Releasee

11/16/06
_____
Date