Prob 12C Amended 2
(Rev. 3/06 D/HI)

# ORIGINAL
## SEALED BY ORDER OF THE COURT
### United States District Court

**for the**

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2007

at ___o'clock and ___min___M
SUE BEITIA, CLERK

U.S.A. vs. SIMEON AGAO, JR., aka "Jay"                Docket No. CR 02-00025SOM-01

### AMENDED REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violations of Supervised Release)

COMES NOW FRANK M. CONDELLO, II, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of SIMEON AGAO, JR., aka "Jay," who was placed on supervision by the Honorable Susan Oki Mollway, sitting in the Court at Honolulu, Hawaii, on the 3rd day of June 2002, who fixed the period of supervision at five (5) years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.  The defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

2.  The defendant is prohibited from possessing any illegal or dangerous weapons.

3.  The defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

4.  Restitution of $25,650.00 is due immediately to the First Hawaiian Bank, Security Department, Post Office Box 1959, Honolulu, Hawaii; and $2,188.41 is due immediately to Bank of Hawaii, Security Department, Post Office Box 2900, Honolulu, Hawaii, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

On 2/3/2004, Your Honor modified the subject's conditions of supervision as a result of his noncompliance to include:

5.  That the defendant perform thirty-two (32) hours of community service as directed by the Probation Office.

On 6/30/2004, the Court revoked the subject's supervised release for the following violations: 1) refusal to submit to drug testing on 3/3/2003, 11/14/2003, 12/10/2003, 12/26/2003, 1/9/2004, and 2/25/2004; 2) failure to report to the Probation Office on 12/15/2003, 4/2/2004, and 5/17/2004;

SEALED
BY ORDER OF THE COURT

Prob 12C- Amended 2
(Rev. 3/06 D/HI)

3) failure to notify the Probation Officer ten days prior to any change in employment; and 4) failure to submit a monthly supervision report within the first five days of the month for the month of May 2004. The subject was sentenced to five (5) months imprisonment with fifty-five (55) months supervised release to follow.  The following special conditions were imposed.

1.   That the defendant is prohibited from possessing any illegal or dangerous weapons.

2.   That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

3.   That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

4.   That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

5.   That restitution of $23,209.76 is due immediately to First Hawaiian Bank, Security Department, Post Office Box 1959, Honolulu, Hawaii; and $1,976.22 is due immediately to Bank of Hawaii, Security Department, Post Office Box 2900, Honolulu, Hawaii, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

On 5/2/2005, Your Honor modified the subject's conditions of supervision as a result of his noncompliance to include:

6.   That the defendant perform twenty-four (24) hours of community service as directed by the Probation Office.

On 7/5/2005, the Court revoked the subject's supervised release for the following violations: 1) submitting positive urine specimens for methamphetamine on 4/12/2005, 4/26/2005, and 6/7/2005; 2) refusing to comply with drug testing on 5/9/2005, 5/17/2005, 6/9/2005, and 6/24/2005; 3) failure to follow the Probation Officer's instructions when he failed to submit to DNA collection on 6/22/2005; and 4) failure to make a restitution payment for the months of April 2005, May 2005, and June 2005. The subject was sentenced to nine (9) months imprisonment, to be followed by forty-six (46) months of supervised release.  The following special conditions were imposed:

1.   That the defendant participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Prob 12C- Amended 2
(Rev. 3/06 D/HI)                                                                                                                              3

2. That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

3. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

4. That restitution of $23,053.36 is due immediately to First Hawaiian Bank, Security Department, Post Office Box 1959, Honolulu, Hawaii; and $1,962.62 is due immediately to Bank of Hawaii, Security Department, Post Office Box 2900, Honolulu, Hawaii, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

On 1/5/2007, the Court modified the conditions of supervised release as a result of his noncompliance to include:

General Condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day (mandatory condition).

Special Condition No. 1: That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Alleged Violation(s) of Supervised Release

That the Petition for Request for Action dated 1/29/2007 and filed on 2/1/2007 include the following additional violation:

4. The subject's urine specimen of 1/26/2007 tested positive for methamphetamine, in violation of Standard Condition No. 7 and the General Condition.

Based on the above, the U.S. Probation Officer recommends that the Request for Action dated 1/29/2007 and filed on 2/1/2007 be amended to include the additional violation(s).

Prob 12C- Amended 2
(Rev. 3/06 D/HI)

4

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[X] That the Request for Course of Action dated 1/29/2007 and filed on 2/1/2007 be amended to include the additional violation(s) and that the subject be brought before the Court to show cause why supervision should not be revoked.  This Petition is to be sealed for other than law enforcement purposes and until such time that the subject has been arrested and the warrant duly executed.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on 2/7/2007

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

## ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated 1/29/2007 and filed on 2/1/2007 be amended to include the additional violation(s) and that the subject be subject be brought before the Court to show cause why supervision should not be revoked.  This Petition is to be sealed for other than law enforcement purposes and until such time that the subject has been arrested and the warrant duly executed.

Considered and ordered this 7th day of February, 2007, and ordered filed and made a part of the records in the above case.

SUSAN OKI MOLLWAY
U.S. District Judge

Re:     **AGAO, JR., Simeon, aka "Jay"**
        **Criminal No. CR 02-00025SOM-01**
        **REVOCATION OF SUPERVISED RELEASE**

## STATEMENT OF FACTS

**Violation No. 4 - Urine Specimen of 1/26/2007 Tested Positive for Methamphetamine**:  As part of Special Condition No. 1, the subject was referred to Freedom Recovery Services (FRS) for substance abuse counseling and random drug testing.  On 1/26/2007, the subject submitted a urine specimen at FRS which tested presumptive positive for methamphetamine.  This test was later confirmed to be positive by a laboratory.  The subject previously admitted that he had used methamphetamine on 1/20/2007. Methamphetamine remains in a person's system for up to three (3) days on average.  This newest test is likely indicative of new drug use.  Our office has not addressed the positive test of 1/26/2007 with the subject.

As mentioned in the original petition under Violation No. 2, the subject presumptively tested positive for methamphetamine with a non-instrumented drug testing device (NIDTD) on 1/22/2007.  This report also serves to inform the Court that our office has received confirmation from a laboratory that this specimen was positive for methamphetamine.

Respectfully submitted by,

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

FMC/dck

Re:     **AGAO, JR., Simeon, aka "Jay"**
        **Criminal No. CR 02-00025SOM-01**
        **REVOCATION OF SUPERVISED RELEASE**
        **STATEMENT OF FACTS - Page 2**


**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

        None.