AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT 873040
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00025SOM(01) |
| SIMEON AGAO, JR. aka "Jay" | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at 10 o'clock and ___ min. A M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST SIMEON AGAO, JR. aka "Jay" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

2007 FEB -2 AM 9:00
U.S. MARSHALS SERVICE HONOLULU, HI.
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 2/1/07   at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Susan Oki Mollway, United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |||
| Date Received 2/2/07<br>Date of Arrest 2/12/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Tony Cole<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>*Tony Cole* |