# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/14/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00025SOM

CASE NAME:        USA vs. Simeon Agao, Jr.

ATTYS FOR PLA:    Ronald Johnson
                  Frank Condello (USPO)

ATTYS FOR DEFT:   Alexander Silvert

INTERPRETER:

|   |   |   |   |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/14/2007 | TIME: | 9:55 - 10:20 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Simeon Agao, Jr. present and in custody.

Mr. Silvert informed the Court that initially there was a conflict with the FPD's office representing the defendant.

Defendant does not object to Mr. Silvert representing him today.

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 14 Months.

No supervised release imposed.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.