AO 245B    (Rev. 6/05) Judgment in a Criminal Case
            Sheet 2 - Imprisonment

CASE NUMBER:        1:02CR00025-001                                    Judgment - Page 3 of 3
DEFENDANT:          SIMEON AGAO, JR., aka "Jay"

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned
for a total term of: FOURTEEN (14) MONTHS

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on ____3-6-07____ to _____FDC Honolulu_____

at ___Honolulu, HI___, with a certified copy of this judgment.

                                        John T. Rothman
                          WARDEN    ~~UNITED STATES MARSHAL~~

                    By _____W. Tsai_____
                          LIE    ~~Deputy U.S. Marshal~~